CHIEF JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR10-5376RSM |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING MOTION TO SEAL DISPOSITION MEMORANDUM |
| TYRONE JEFFERSON, | ) | |
| Defendant. | ) | |

THIS MATTER has come before the undersigned on the motion of defendant, Tyrone Jefferson, to file his Disposition Memorandum under seal. The Court finds there are compelling reasons to permit the filing of the document under seal.

IT IS HEREBY ORDERED that the defendant shall be permitted to file Tyrone Jefferson's Disposition Memorandum under seal.

DATED this 9th day of June, 2020.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Sara Brin*
Assistant Federal Public Defender
Attorney for Tyrone Jefferson_____
Office of the Federal Public Defender

ORDER GRANTING MOTION TO
SEAL DEFENDANT'S DISPOSITION
MEMORANDUM
(*Tyrone Jefferson;* CR10-5376RSM)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100